# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> LATYNDA NEISHAY BENTLEY, DEFENDANT. | CASE NUMBER <br><br> 2:07-CR-01-MHT-CSC |

## MOTION TO CONTINUE

**COMES NOW** the defendant, LaTynda Neishay Bentley, by and through the undersigned counsel and moves this Honorable Court to continue her Pretrial Conference by stating the following:

1. Defendant's case is set for trial on the September 17, 2007 Trial Term and her Pretrial Conference is scheduled for July 16, 2007 at 1:00 p.m.

2. Counsel for the Defendant has just been informed that the Defendant was in an automobile accident on June 22, 2007.

3. Due to the Defendant's injuries sustained, she was air lifted to University of Alabama at Birmingham (UAB) and has undergone two surgical procedures and the family was informed that the Defendant will have to undergo at least one additional surgical procedure.

4. It is anticipated that the Defendant will remain at UAB for an additional three to four weeks.

5. Counsel has spoken to the Government and there is no objection to the requested continuance.

**WHEREFORE, THE ABOVE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will grant the foregoing and continue the Defendant's Pretrial Conference.

**RESPECTFULLY SUBMITTED** this the 26th day of June, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE     334-269-0269
FAX           334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 26th day of June, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE     334-269-0269
FAX           334-323-5666

Todd A. Brown
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197