# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 2:07CR1-MHT** |
| | ) | |
| **LATYNDA NEISHAY BENTLEY** | ) | |

## ORDER

Upon consideration of the *Motion to Continue Pretrial Conference* (doc. #43) filed by the defendant, it is

**ORDERED** that the motion be and is hereby **GRANTED**. It is further

**ORDERED** that the pretrial conference be and is hereby **RESET** for **August 27, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 26th day of June, 2007.

                                       /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE