IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07cr01-MHT |
| ) | |
| ADA DENISE MCKENZIE, ) | |
| CANDICE MONIQUE COBB, and ) | |
| LATYNDA NEISHAY BENTLEY ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Jerusha T. Adams as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Todd Brown.

Respectfully submitted this the 9th day of August, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr01-MHT |
| ) | |
| ADA DENISE MCKENZIE, ) | |
| CANDICE MONIQUE COBB, and ) | |
| LATYNDA NEISHAY BENTLEY ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Timothy Charles Halstrom, Jennifer Anne Hart, and Daniel Gary Hamm.

Respectfully submitted,

/s/Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov