IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr01-MHT |
| ADA DENISE MCKENZIE, | ) | |
| CANDICE MONIQUE COBB, and | ) | |
| LATYNDA NEISHAY BENTLEY | ) | |

<u>ORDER</u>

It is ORDERED that the motion to substitute counsel (Doc. No. 52) is granted.

DONE, this the 9th day of August, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE