# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> LATYNDA NEISHAY BENTLEY, DEFENDANT. | CASE NUMBER <br><br> 2:07-CR-01-MHT-CSC |

## MOTION TO CONTINUE

**COMES NOW** the defendant, LaTynda Neishay Bentley, by and through the undersigned counsel and moves this Honorable Court to continue her Trial currently set for September 17, 2007 by stating the following:

1. Defendant's case is set for trial on the September 17, 2007 Trial Term.

2. Pretrial Conference was held on August 27, 2007 before the Honorable Judge Coody.

3. During said hearing the Defendant's medical condition was discussed. At this time the Defendant is unable to walk and needs assistance with basic personal care such as bathing and dressing and has been unable to come to the office for meeting to discuss the status of her case. She currently has surgery scheduled for September 4, 2007 at UAB on her knee.

4. Undersigned Counsel spoke with Jennifer Hart, counsel for co-defendant, Candice Monique Cobb and Jerusha Adams, AUSA and neither have any objection to the continuance.

**WHEREFORE, THE ABOVE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will grant the foregoing and continue the Defendant's Trial.

**RESPECTFULLY SUBMITTED** this the 31st day of August, 2007.

/s/ Daniel G. Hamm
―――――――――――――――――――
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE     334-269-0269
FAX           334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 31st day of August, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Jerusha Adams
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197