# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>V.<br><br>**LATYNDA NEISHAY BENTLEY, DEFENDANT.** | **CASE NUMBER**<br><br>**2:07-CR-01-MHT-CSC** |

## MOTION TO CONTINUE

**COMES NOW** the defendant, LaTynda Neishay Bentley, by and through the undersigned counsel and moves this Honorable Court to continue her Trial currently set for December 19, 2007 by stating the following:

1. Defendant's case is set for trial on the December 10, 2007 Trial Term.

2. On November 19, 2007 the Defendant sent her request for consideration into the Pre-Trial Diversion Program to Ms. Canary, United States Attorney.

3. Due to the continued medical problems faced by the Defendant, counsel was late in sending the request to the Government.

4. Counsel for the Defendant feels that this Defendant is a good candidate for this program and will need addition time for the Government to review the application and make a determination.

5. Should the Defendant's application to the Pre-Trial Diversion Program be denied, the Defendant will be negotiating a plea agreement with the Government and does not anticipate taking this case to trial.

6. Counsel has spoken with the Government and there is no objection to the continuance.

**WHEREFORE, THE ABOVE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will grant the foregoing and continue the Defendant's Trial.

**RESPECTFULLY SUBMITTED** this the 20th day of November, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 20th day of November, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Jerusha Adams
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197