IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr01-MHT |
| LATYNDA NEISHAY BENTLEY | ) | |

## JUDGMENT

It is ORDERED as follows:

(1) The government's motion for leave to dismiss indictment (Doc. No. 99) is granted.

(2) The indictment against defendant Latynda Neishay Bentley is dismissed without prejudice.

DONE, this the 11th day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE