**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| **v.** | * | **CR. NO. 1:07-CR-001-MHT** |
| | * | |
| **ADA DENISE MCKENZIE,** | * | |
| **DEFENDANT** | * | |

**<u>MOTION TO DISCHARGE COUNSEL</u>**

Comes now the undersigned attorney for Defendant, Ada Denise McKenzie, and moves the Court to discharge said counsel from further representation of Defendant and for cause states to the Court that Defendant was sentenced on April 24, 20008. There being no further action required, the terms of counsel's appointment under the Criminal Justice Act to represent defendant have been fulfilled and Counsel is due to be discharged.

Respectfully submitted this day, September 3, 2008

/s/Timothy C. Halstrom    
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on September 3, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.


                                  /s/Timothy C. Halstrom

                                  Timothy C. Halstrom

                                  Bar Number HAL021